## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Highline Exploration, Inc., Nisku Royalty, LP, William R. LaCrosse and Tammy LaCrosse, Empire Oil Company, and Kent M. Lynch, | ) ) ) ) | **ORDER FOR STATUS CONFERENCE** |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| QEP Energy Company, | ) ) | Case No. 1:19-cv-134 |
| Defendant. | ) | |

A status conference will be held before the magistrate judge on October 6, 2020, at 10:00 a.m.  The conference will be conducted via telephone conference.  To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 27th day of April, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court

1