## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Highline Exploration, Inc., Nisku Royalty, LP, William R. LaCrosse and Tammy LaCrosse, Empire Oil Company, and Kent M. Lynch, <br><br> Plaintiffs, <br> vs. <br><br> QEP Energy Company, <br><br> Defendant. | **ORDER ADOPTING STIPULATED AMENDED SCHEDULING/DISCOVERY PLAN** <br><br> Case No. 1:19-cv-134 |

On January 20, 2021, the Parties filed a "Stipulated Amended Scheduling/Discovery Plan." The court **ADOPTS** the Parties' stipulation and **AMENDS** the pretrial deadlines as follows:

1. The Parties shall have until March 2, 2021, to complete fact discovery and to file discovery motions.

2. The Parties shall have until March 2, 2021, to file a motion to amend the pleadings to assert a claim for punitive damages.

3. The Parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff will disclose experts by March 30, 2021; and

    b. Defendant has until April 30, 2021.

4. The Parties shall have until June 1, 2021, to complete discovery depositions of expert witnesses.

5. The Parties shall have until June 1, 2021, to file other dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 21st day of January, 2021.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court